UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

XL SPECIALTY INSURANCE COMPANY,

               Plaintiff,

vs.

OTTO NAUMANN, LTD.,

               Defendant and
               Third-Party Plaintiff,

vs.

JULIUS LOWY FRAME & RESOTRING CO. INC.,

               Third-Party Defendant.

------------------------------------------------------------------ x

Docket No. 12-CV-8224 (DAB) (SN)

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in support of Third-Party Defendant Julius Lowy Frame & Restoring Co. Inc.'s Motion to Dismiss the Third-Party Complaint, Third-Party Defendant Julius Lowy Frame & Restoring Co. Inc. ("Lowy"), by its undersigned counsel, will move before the Honorable Deborah A. Batts, at the Daniel Patrick Moynihan United States Court House, 500 Pearl Street, New York, New York 10007, on such a date as the Court will determine, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice the Third-Party Complaint against Lowy in the above-captioned action, and for such other relief as the Court may grant.

    PLEASE TAKE FURTHER NOTICE that opposing papers, if any, must be served and filed by May 15, 2013. Reply papers, if any, must be served and filed by May 22, 2013.

PLEASE TAKE FURTHER NOTICE that oral argument is respectfully requested on the motion.

Dated: New York, New York
       May 1, 2013

                                                LANKLER CARRAGHER & HORWITZ LLP

                                                By:_____/s Owen B. Carragher, Jr._____
                                                      Owen B. Carragher, Jr.

                                                415 Madison Avenue, 16th Floor
                                                New York, New York 10017
                                                Tel:    (212) 812-8910
                                                Fax:   (212) 812-8920

                                                *Attorneys for Third-Party Defendant Julius*
                                                *Lowy Frame & Restoring Co. Inc.*

TO:    Clerk, Southern District of New York
           Daniel Patrick Moynihan
           United States Courthouse
           500 Pearl Street
           New York, NY 10007-1312

           John Giardino, Esq.
           NYT Law Group
           805 Third Avenue, 8th Floor
           New York, New York 10022