UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

XL SPECIALTY INSURANCE COMPANY,

               Plaintiff,

    vs.

OTTO NAUMANN, LTD.,

               Defendant and
               Third-Party Plaintiff,

    vs.

JULIUS LOWY FRAME & RESTORING CO. INC.,

               Third-Party Defendant.

------------------------------------------------------------------ x

Docket No. 12-CV-8224 (DAB) (SN)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support of Plaintiff XL Specialty Insurance Company's Motion for Judgment on the Pleadings and Third-Party Defendant Julius Lowy Frame & Restoring Co. Inc.'s Motion to Dismiss the Third-Party Complaint with Prejudice, Plaintiff XL Specialty Insurance Company ("XL") and Third-Party Defendant Julius Lowy Frame & Restoring Co. Inc. ("Lowy"), by their undersigned counsel, will move before the Honorable Deborah A. Batts, at the Daniel Patrick Moynihan United States Court House, 500 Pearl Street, New York, New York 10007, on such a date as the Court will determine, for an order, pursuant to Rules 12(c) and 12(b)(6) of the Federal Rules of Civil Procedure, granting judgment on the pleadings on Counts One, Two, and Three of XL's Complaint and dismissing, with prejudice, the amended third-party complaint against Lowy in the above-captioned action, and for such other relief as the Court may grant.

PLEASE TAKE FURTHER NOTICE that opposing papers, if any, must be served and filed by June 23, 2014.  Reply papers, if any, must be served and filed by June 30, 2014.

PLEASE TAKE FURTHER NOTICE that oral argument is respectfully requested on the motion.

Dated: New York, New York
June 9, 2014

                                  CLYDE & CO US LLP

                                  By: /s Owen B. Carragher, Jr.
                                     Owen B. Carragher, Jr.

                                   The Chrysler Building
                                   405 Lexington Avenue, 16th Floor
                                   New York, New York 10174
                                   Tel:    (212) 710-3900
                                   Fax:   (212) 710-3950

                                   *Attorneys for Plaintiff XL Specialty Insurance Company and Third-Party Defendant Julius Lowy Frame & Restoring Co. Inc.*

TO:    Clerk, Southern District of New York
         Daniel Patrick Moynihan
         United States Courthouse
         500 Pearl Street
         New York, NY 10007-1312

         John Giardino, Esq.
         NYT Law Group
         805 Third Avenue, 8th Floor
         New York, New York 10022